**William PATT, Sr., Appellant,**

v.

**Fred H. BRAND, et al., Respondents.**

**No. 45762.**

Missouri Court of Appeals,
Eastern District,
Division Five.

June 21, 1983.

Motion for Rehearing and for Transfer to Supreme Court Denied Aug. 29, 1983.

Darrill S. Beebe, St. Charles, for appellant.

Phillip B. Sachs, St. Louis, for respondents.

ORDER

PER CURIAM.

This is an original action in equity seeking injunction relief. The circuit Court sustained respondent's motion for directed verdict. This appeal followed.

Judgment affirmed. Rule 84.16(b).